AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 19- 561 (M)
One (1) AT&T logo ZTE brand, Black in Color, Model )
Z223, Serial Number 325864710C5A, IMEI: )
868899028058192. )

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Judicial_____ District of _____Puerto Rico_____
*(identify the person or describe the property to be searched and give its location)*:
One (1) AT&T logo ZTE brand, Black in Color, Model Z223, Serial Number 325864710C5A, IMEI: 868899028058102.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment A and B, Affidavit incorporated and made part of this Application for Search Warrant by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____3/27/19_____
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
on duty_____.
                          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   03/13/2019_____    _____
                                                      Judge's signature

City and state:   San Juan, Puerto Rico_____      Marshal D. Morgan, U.S. Magistrate Judge
                                                      *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-561 (M) | 03/13/2019  4:00 pm | TFO Alexander Tirado |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

One(1) AT&T logo ZTE Brand, Black in color, Model Z 223 S/N 325864710C5A

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/13/2019

_____
Executing officer's signature

Luis R. Medina Special Agent
Printed name and title